UNITED STATES DISTRICT COURT
Northern District of California

Jonathan Lee Riches ©,
Plaintiff

v.

Jason Giambi, et al.,
Defendants

FILED
08 JAN 22 AM 10:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOS. C07-6156     C07-6315
C07-6271     C07-6316
C07-6272     C07-6317
C07-6273     C07-6318
C07-6274     C07-6319
C07-6308     C07-6320
C07-6309     C07-6321
C07-6311     C07-6322
C07-6312     C07-6323
C07-6313     C07-6324
C07-6314     C07-6325

OMNIBUS MOTIONS
Motion For Clarification of record
Motion for Reconsideration
Motion For Leave to Make Payment Arangements
IN FORMa Pauperius

Comes Now the Plaintiff, Jonathan Lee Riches ©, in pro-se, moves this Honorable Court for a response to these Motions. Plaintiff's Constitutional rights are being violated by this court by not allowing me to address the courts in the future, if I'm a injured party or I need to file a future complaint.

This Court Ruled on 1/1/08 By Martin J. Jenkins that I'm restricted from filing any civil complaints in this Court without payment of the full statutory filing fee, and the Clerk is directed to refuse any complaint that is not accompanied by such fee.

This ruling is a Constitutional violating not allowing me to Address this Court, I'm a inmate with no money. I'm poor and indegent. I have a Constitutional right to Address this court in the future if I proceed in forma pauperis.

I compel this Court to answer to me that if I send a Informa pauperis and Motion to proceed due to Indegent Status, will the clerk of court refuse my complaint?

I have a right to proceed Informa pauperis proceedures just like any other Federal prisoner. I have no money and cannot afford the 350.00 filing fee.

Plaintiff has another Question with this Court, what happens if my life is in danger and I have to file a TRO Temporary Restraining order, and this Court rejects my call for danger? What procedure do I need to do to Address this Court when my life is in danger and I don't have the money? In this instance, will the clerk of Court reject my motions

Plaintiff respectfully wishes to proceed on these cases in Forma Pauperis according to the Laws and Constitition

I'm being denied due process with this Court.

Plaintiff submits another Question. If someone damages me in the Northern district of California what future rules or/and steps I need to take to bring them to court, if I don't have the 350.00 filing fee, because if this court rejects my complaint without a Judge hearing my case first, then this is a serious Constitutional violation that will subject me to harm and prejudice.

I move this court to send me informa pauperis Applications, so I can proceed to file a lawsuit without this Court throwing away or rejecting my lawsuit before a Judge hears me.

I move for reconsideration on this ruling as this ruling is violating my constitutional rights and due process. I seek clarification on the Questions I asked.

This ruling on these cases is unconstitutional because its telling me I can't get a future lawsuit filed unless I pay the full filing fee, but it is not telling me if I can proceed in the future informa pauperis. CAN I proceed in the future informa pauperis?

I move for reconsideration of this rulings and more clarification so I can understand what my rights are.

I pray this Honorable Court will allow me to proceed in the future informa pauperis in accordance to federal law and the Constitution.

Respectfully Submitted

Another Question for the Court. In these rulings it was said that the clerk of court refuse any civil complaint without payment of fees. What happens to the complaint, does it get thrown away or does the clerk of court send it back to me?

Respectfully Submitted